♠AO 245D    (Rev. 12/03) Judgment in a Criminal Case for Revocations (Rev. USAO 10/2004)
          Sheet 1

# UNITED STATES DISTRICT COURT

__WESTERN__    District of    __WASHINGTON__

FILED RECEIVED LODGED
SEP 30 2005
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES OF AMERICA
V.

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)

JAMES LOUIS GREGORY SHALES

Case Number:    CR04-0551RBL
USM Number:    14287-006

Jerome Kuh
Defendant's Attorney

**THE DEFENDANT:**

■ admitted guilt to violation of condition    __one (1)__    of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Committing the crime of bank robbery. | 12/2/2004 |

    The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

    It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.:    **XXX-XX-0935**
    (Last four digits only)
Defendant's Date of Birth:    **XX-XX-1980**

KENT Y. LIU
Assistant United States Attorney

September 30, 2005
Date of Imposition of Judgment

Signature of Judge

The Honorable Ronald B. Leighton, United States District Judge
Name and Title of Judge

September 30, 2005
Date

04-CR-00551-JGM

AO 245D  (Rev. 12/03 Judgment in a Criminal Case for Revocations
Sheet 2— Imprisonment

|  |  |
|---|---|
| DEFENDANT: JAMES LOUIS GREGORY SHALES | Judgment — Page 2 of 2 |
| CASE NUMBER: CR04-0551RBL |  |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of : _24 months to be served consecutive to the 45 month sentence under CR05-5087 RBL._

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL